**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Falater, ) | |
| ) | |
| Petitioner, ) | CV 07-0262-PHX-PGR (ECV) |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Dora B. Schriro, et al., ) | **NON-DEATH PENALTY** |
| ) | |
| Respondents. ) | |

Currently before the Court is the Report and Recommendation of Magistrate Judge Voss (Doc. 15) based on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.[1] Having reviewed *de novo* the Petition, the Report and Recommendation[2] of Magistrate Judge Voss, and the Petitioner's objections[3] thereto, and in light of the Court's finding that the Petitioner's objections do not have any merit,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 15)** is **ACCEPTED** and **ADOPTED** by the Court.

IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus

---

[1] Petitioner challenges his state court conviction of first degree murder. (Doc. 1.)

[2] The Court agrees with the Magistrate's finding that this Court may not consider on habeas review Petitioner's claim that the trial court violated his right to due process by refusing to set an evidentiary hearing or permit further sleep testing. *See Villafuerte v. Stewart*, 111 F.3d 616, 632 (9th Cir. 1997); *Franzen v. Brinkman*, 877 F.2d 26 (9th Cir. 1989).

[3] Counsel is advised to review the Local Rules as they pertain to font size, which equally applies to footnotes. Future filings will be stricken for failure to comply with Local Rules.

1 | **(Doc. 1)** is **DISMISSED** and **DENIED with prejudice**.

2 |     IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

4 |     DATED this 2nd day of December, 2008.

                             Paul G. Rosenblatt
                             United States District Judge